William D. Baker and Others, Respondents, v. Isabel C. Reid and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

In the Matter of the Application in the Estate of Giuseppe L. Maggio, Also Known as Giuseppe L. Maggio Di Geraci, Deceased, to Revoke the Letters of Administration, etc.— Order affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Eugene P. Summerson, The Equitable Trust Company of New York and Edward Emory Tull, Now Deceased, as Executors, etc., of Robert Grigg Reese, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ. [141 Misc. 428.]

The People of the State of New York, Respondent, v. Bertram Levine, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

Banque Populaire Suisse, Respondent, v. Solomon Rubman and Paul Rabkin, Defendants, Impleaded with Joseph Y. Perelman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

Robert J. Sherwood and Gale C. Sherwood, Appellants, v. Capitol Securities Company, a Domestic Corporation, Respondent.— Order modified by granting defendant's motion to open default and vacate judgment on condition that defendant within ten days after service of order pay to the attorney for the plaintiffs all taxable costs and disbursements to date, and procure a surety company bond to secure the payment of any judgment that plaintiffs may obtain, and by providing that the case be placed upon the calendar for immediate trial; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

John F. McCarthy, Respondent, v. Humbert & Andrews, Inc., Appellant. The Baltimore and Ohio Railroad Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Fretz-Moon Tube Company, Inc., Appellant, Respondent, v. Samuel Greenberg, Inc., Respondent, Appellant, Impleaded with Another.— Order modified by retaining for examination all the items of plaintiff's notice of examination before trial, except item 13, and that the provision in the order appealed from to the effect that the examination sought was as to the defendant corporation only and would be binding only upon the defendant corporation should be stricken therefrom; and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.